JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOCKERY,<br>    Plaintiff,<br><br>        v.<br><br>BERKOWITZ & ASSOCIATES;<br>LAW OFFICES OF EDWARD T.<br>WEBER; BUCKLEY ASSET<br>MANAGEMENT; and UNITED<br>DEBT HOLDINGS, LLC,<br>    Defendants. | 2:23-cv-01228-DSF-AFM<br><br>JUDGMENT |

    The Court having granted a motion for default judgment against Defendant United Debt Holdings, LLC and having dismissed all claims against the other Defendants,

    IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $1,000 in statutory damages from United Debt Holdings, LLC.  Fees and costs are to be fixed pursuant to a motion under Federal Rule of Civil Procedure 54(d).

Date:  October 3, 2023

                                                                           *Dale S. Fischer*<br>
                                                                           Dale S. Fischer<br>
                                                                           United States District Judge